UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CAREFUL BUS SERVICE, INC., et al.,
                      Plaintiffs,

                21 Civ. 10472 (LGS)

-against-

                ORDER

LOCAL 854 HEALTH AND WELFARE FUND,

                      Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order, dated December 21, 2021, required the parties to file a proposed joint letter and case management plan by February 2, 2022, at noon;

      WHEREAS, the parties failed to file the joint letter and proposed case management plan. It is hereby

      **ORDERED** that the parties shall file the joint letter and proposed case management plan by **February 4, 2022, at noon**.  Failure to comply with Court-ordered deadlines may result in sanctions, including dismissal for failure to prosecute.

Dated: February 2, 2022
       New York, New York

                                            LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE