UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                   :
CAREFUL BUS SERVICE, INC., ET AL.,    :
                                Plaintiffs,    :
                                                   :           21 Civ. 10472 (LGS)
                   -against-                          :
                                                   :                **ORDER**
LOCAL 854 HEALTH AND WELFARE FUND,  :
                                      Defendant.   :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, a conference was held on February 9, 2022. It is hereby

        **ORDERED** that by **February 16, 2022**, Plaintiffs and Defendant shall submit letters stating their positions on the basis for subject matter jurisdiction in this matter. It is further

        **ORDERED** that all discovery is STAYED. It is further

        **ORDERED** that three weeks after the Court's order on the issue of subject matter jurisdiction, Plaintiffs shall file a motion for summary judgment and supporting papers in accordance with the Individual Rules. Three weeks after Plaintiffs file their motion, Defendant shall file a memorandum of law and supporting papers in opposition. Ten days after Defendant files its opposition papers, Plaintiff shall file a reply memorandum of law.

Dated: February 9, 2022
           New York, New York

                                                                LORNA G. SCHOFIELD
                                                      UNITED STATES DISTRICT JUDGE