```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
CAREFUL BUS SERVICE, INC., et al.,                           :
                                        Plaintiffs,          :
                                                             :    21 Civ. 10472 (LGS)
              -against-                                      :
                                                             :           ORDER
LOCAL 854 HEALTH AND WELFARE FUND,                           :
                                        Defendant.           :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by Order dated November 10, 2022, the Court granted Plaintiffs' motion for summary judgment on its claim for declaratory judgment seeking a declaration that Plaintiffs do not owe a Termination Premium to Defendant, denied Plaintiffs' motion for summary judgment on its other claims as moot and denied both parties' requests for attorney's fees. It is hereby

**ORDERED** that, by **December 2, 2022**, the parties shall file a joint letter stating whether and how they intend to proceed on any of the remaining claims or whether those claims should be dismissed and judgment entered in favor of Plaintiffs.

Dated: November 28, 2022
       New York, New York

                                                    _____
                                                           LORNA G. SCHOFIELD
                                                       UNITED STATES DISTRICT JUDGE