UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAREFUL BUS SERVICE, INC. AND X-L ESCORT SERVICES, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> LOCAL 854 HEALTH AND WELFARE FUND, <br><br> Defendant. | CASE NO.  21-CV-10472 (LGS) (KHP) <br><br><br> **JUDGMENT** |

On May 2, 2022, Plaintiffs Careful Bus Service, Inc. and X-L Escort Services, Inc. submitted their motion for summary judgment in this action for declaratory judgment, fraudulent inducement, fraudulent concealment and breach of the implied covenant of good faith and fair dealing against Defendant Local 854 Health and Welfare Fund.  In their motion, Plaintiffs sought a judgment that they do not owe a Termination Premium to Defendant.  The Court has read the declarations, affidavits, memoranda, and other evidence presented by the parties, and has ~~entered~~ granted Plaintiffs' motion for summary judgment only on its claim for declaratory judgment ~~its findings of fact and conclusions of law on the court docket~~ in an Opinion and Order dated November 10, 2022.

In accordance with those findings and conclusions and the provisions of Rule 58 of the Federal Rules of Civil Procedure:

IT IS ADJUDGED that Plaintiffs shall have judgment on their declaratory judgment claim; and in addition

IT IS ADJUDGED and declared that no Termination Premium is owed by Plaintiffs to Defendants; and in addition

IT IS ADJUDGED that Plaintiffs' remaining claims are dismissed as moot; and in addition

IT IS ADJUDGED that each party to the action shall pay its own attorney fees.

So Ordered.  The Clerk of Court is respectfully directed to enter final judgment for Plaintiffs.

Dated: December 9, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE